Year: 2019

Make: International

Model: LT625

VIN: 3HSDZAPR6KN115902

This agreement is between TGH2 LLC and Southern Truck Leasing LLC.  Maintenance records will be provided and verifiable.  They will not exceed 25,000 miles.  They must include the VIN, customer info and what was done.  They must be computer generated.

Kris Lunsford

AKL Transport LLC

Sign _____

Date _____

Tony Hartsgrove

TGH2 LLC

Sign _____
Signed by: [signature] BE4B4C84D4AC4F7...
8/17/2024

Date _____