IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TGH2, LLC,

    Plaintiff,

v.                                              CASE NO: 6:26-cv-00040

SOUTHERN TRUCK LEASING LLC,
AKL TRANSPORT LLC and
KRIS LUNSFORD,

    Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, TGH2, LLC, under Middle District of Florida Rule 3.09, hereby gives notice of its voluntary dismissal of this action without prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, a copy of the foregoing was filed with the CM/ECF portal, which will send an automatic service email to all parties / counsel of record.

                                              */s/ Katie Rose Gallagher*
                                              **Tucker H. Byrd**
                                              Florida Bar No. 381632
                                              **Lina M. Lopez**
                                              Florida Bar No. 610542
                                              **Katie Rose Gallagher, Esq**.
                                              Florida Bar No. 1058973
                                              **BYRD CAMPBELL, P.A.**
                                              180 Park Avenue North, Suite 2A
                                              Winter Park, Florida 32789
                                              Telephone: (407) 392-2285
                                              Facsimile: (407) 392-2286
                                              Primary Email: TByrd@ByrdCampbell.com
                                              Primary Email: LLopez@ByrdCampbell.com
                                              Secondary Email: krgallagher@ByrdCampbell.com
                                              Tertiary Email: paralegal@ByrdCampbell.com
                                              *Attorneys for Plaintiff*